Timothy R. Mulliner
Nevada Bar No. 10692
**MULLINER LAW GROUP, CHTD.**
101 Convention Center Dr., Ste. 650
Las Vegas, Nevada 89109
Tel.  (702) 857-7850
Fax:  (702) 920-8606
Email: tmulliner@mullinerlaw.com

*Attorneys for Ten X Holdings, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY MORSE, executor of the Estate of Donald L. Pratt – FB Estate of Donald L. Pratt,<br><br>Plaintiff,<br><br>v.<br><br>TEN X HOLDINGS, LLC, an Illinois limited liability company; RICHARD F. BESTON, an individual; BRIAN PEBLEY, an individual; JOHN BRANCH, an individual; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Defendants. | Case No. 17-cv-00073-JAD-CWH<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY BRIEF**<br>(First Request)<br><br>ECF No. 34 |

This is the first stipulation to extend the time for filing briefs in this matter.

Undersigned counsel for Ten X Holdings, LLC ("Ten X") represents that he attempted to electronically file Ten X's reply brief in support of its Motion to Dismiss (ECF 17) or, alternatively, Motion to Transfer Venue (ECF 18) (the "Reply Brief") on its original deadline, March 22, 2017. However, upon discovering that the March 22 submission attempt was unsuccessful (for reasons still unknown), Ten X promptly re-submitted the Reply Brief for filing on April 6, 2017 and informed plaintiff, Jonathan B. Lee, of the errant initial attempt. This stipulation follows Mr. Lee's confirmation that plaintiff does not object to the Reply Brief on the basis that it was untimely.

/ / /

/ / /

1

Accordingly, the parties stipulate to extend the deadline for Ten X's Reply Brief in Support of Its Motion to Dismiss or, Alternatively, Motion to Transfer Venue (ECF 31) from March 22, 2017 to the date upon which it was filed, April 6, 2017.

| MARQUIS AURBACH COFFING | HOWARD & HOWARD PLLC |
|---|---|
| /s/ Jonathan B. Lee | /s/ Robert W. Hernquist |
| Terry Coffing, Esq. | Robert W. Hernquist, Esq. |
| Jonathan B. Lee, Esq. | Wells Fargo Tower, Suite 1000 |
| 10001 Park Run Drive | 3800 Howard Hughes Parkway |
| Las Vegas, Nevada 89145 | Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Richard Beston* |
| JOHN W. BRANCH | MULLINER LAW GROUP, CHTD. |
| /s/ John W. Branch | /s/ Timothy R. Mulliner |
| John W. Branch | Timothy R. Mulliner, Esq. |
| 317 Edgemont Drive | 101 Convention Center Dr., Ste. 650 |
| Redlands, CA 92373 | Las Vegas, Nevada 89109 |
| *Defendant in pro per* | *Defendant for Ten X Holdings, LLC* |

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: 4-18-17"

nunc pro tunc to 3/22/17